# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | | |
|---|---|---|
| MoneyGram Payment Systems, Inc., | ) | Civil File No: 08-cv-5034 PAM/SRN |
| Plaintiff, | ) | **ORDER** |
| | ) | **OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| Rapid Collect, Inc., a foreign corporation, Larry Modafferi and ReJean Robert, | ) | |
| Defendants. | ) | |

___

This matter came on before the Court upon the parties' Stipulation (ECF Document Number 24) dismissing this action with prejudice. Based upon that and the other filings herein:

IT IS HEREBY ORDERED that this action may be and herewith is dismissed with prejudice, on the merits and without any further costs and disbursements to any party.

BY THE COURT:

Dated: November 10, 2009

s/Paul A. Magnuson
Paul A. Magnuson Judge
United States District Court